# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NO. 3:16-cr-00009 (VAB) |
| Plaintiff, | : | |
| v. | : | |
| HAROLD JAMES PICKERSTEIN, | : | |
| Defendant. | : | MAY 6, 2016 |

## DEFENDANT'S SUPPLEMENTAL SENTENCING SUBMISSION

The letter of Jeremiah Donovan is submitted herewith at his request.

                                        THE DEFENDANT
                                        H. JAMES PICKERSTEIN

BY /s/ Andrew B. Bowman
    ANDREW B. BOWMAN
    Fed. Bar No: ct00122
    1804 Post Road East
    Westport, CT 06880
    (203) 259-0599
    (203) 255-2570 (Fax)
    andrew@andrewbowmanlaw.com

BY /s/ William F. Dow, III
   WILLIAM F. DOW, III
   Fed. Bar No: 00161
   Jacobs & Dow, LLC
   350 Orange Street
   New Haven, CT 06510
   (203) 772-3100
   (203) 772-1691
   e-mail: wdow@jacobslaw.com

## CERTIFICATION

This is to certify that on this 6th day of May 2016, a copy of the foregoing Defendant's Supplemental Sentencing Submission was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/    Andrew  B.  Bowman

ANDREW B. BOWMAN

**JEREMIAH DONOVAN**
ATTORNEY AT LAW
123 Elm Street, Unit 400
Post Office Box 554
Old Saybrook, Connecticut 06475

ALSO ADMITTED IN NEW YORK

(860) 388-3750
FAX 388-3181

May 2, 2016

Victor A. Bolden
United States District Judge
United States Probation - Bridgeport
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re: *United States v. Harold James Pickerstein*
      <u>docket no. 3:16-cr-9 (VAB)</u>

Dear Judge Bolden:

  I wanted to write to you about Jim Pickerstein.

  I was a law student intern at the United States attorney's office during every semester while I was in law school, except the first. After passing the bar, I worked in a large New York City law firm for a year, and then returned to serve as an Assistant United States Attorney for 11 years. Jim Pickerstein was the chief assistant United States attorney during that fourteen-year period. I have known him now for 41 years, although I have not seen him, probably, for five years or so. (He is in Fairfield and I am in Old Saybrook.)

  Technically, he was my boss at the United States Attorney's office, but it never felt that way. Rather, it felt as if I were a lucky student who had somehow been admitted into the best seminar in law school with the school's most talented professor -- a seminar that covered federal criminal law, procedure, and evidence, grand jury practices, federal criminal statutes, and constitutional law. PICKERSTEIN 101, however, considered topics far more diverse, as well: how to treat opposing counsel (with sincere courtesy -- *exquisite* courtesy, even, if opposing counsel was really an idiot), how to deal with judges (you may not believe this, but federal district judges can be idiosyncratic, even quirky, but they all seemed to really like Jim; and a Dorsey-Pickerstein or Daly-Pickerstein exchange was a forensic joy to behold), how to provide discovery (err on the side of disclosure, no matter how much it hurts), and how to interact with agents (I am not sure how he managed this, but the federal investigative agents loved him, even though it was his responsibility frequently to decline to prosecute their cases). He was a beloved mentor to me -- and to Holly Fitzsimmons, Tom Luby, Nancy Griffin, a whole generation of younger Assistant United States Attorneys, and dozens of law student interns, many of whom have gone on to great things.

  Here are the things I liked about Jim Pickerstein as a prosecutor:

- Some federal prosecutors fear taking on tough cases out of a worry that they will tarnish their win-loss records. (State prosecutors joke about federal prosecutors, saying that the strongest muscle on an AUSA's body is his or her index finger, grown fit from pressing the button on the audio device that plays the wiretapped conversations.) Jim was different. If the office had been presented with a weak case involving a worthy target, a case that everyone knew should be brought but which could easily be lost, Jim would frequently assign the case to himself, although he could easily have assigned it to a subordinate.

- Good prosecutors (and, I suppose, good sentencing judges, too) know how to distinguish among defendants: who is bad, who is sad, who is mad. Jim was very good at that, good at figuring out when compassion was due, good at determining which defendants needed jail and which needed help. I was never very good at that, seeing everything in blacks and whites, and Jim tried to help me see the grays.

- He shielded the Assistants from the United States Attorney, and vice versa, providing an important service to both. The United States Attorney had more important things to do than pay attention to my forged-treasury-check or felon-in-possession cases. Jim made sure that the United States Attorney knew what he needed to know about what his assistants were doing without paralyzing him with details. He also, from time to time, shouldered blame that really should have been shared by others. He stood up to the United States Attorneys when they embarked on a course that he thought was wrong-headed. I think that all the United States Attorneys under whom he served recognized Jim as a valuable adviser and indispensible right-hand man.

- I sometimes talk with AUSAs about the many supervisory levels and bureaucratic procedures that exist today in the United States Attorney's office (fewer now, perhaps, than in the recent past). Of course, the office is much larger now. The great joy of serving as an AUSA when I served was that there was none of that: the only real bureaucratic procedure that

page 3

        an AUSA had to follow was to go into his office and talk with Jim. That he could be the chief operating officer of such an organization while prosecuting his own set of cases required real talent.

        • Jim, as I am sure that many have remarked, is a larger-than-life character: boisterous, funny, amusingly profane. This vociferous and ebullient personality is one of the qualities that made him so effective as the Chief Assistant United States Attorney. The agents love it and even the more genteel of the AUSAs responded well to it. It is a lot easier to accept criticism from a hail-fellow-well-met kind of guy than from a deeply serious supervisor who takes you into his office and closes the door behind you for a quiet conversation.

        • Finally, Jim is a great storyteller. An office like the United States Attorney's office needs a mythology, a history that ennobles its members' current toil. Jim was a creator and protector of that history in his stories about the legendary, heroic, unusual and comical prosecutors, judges, public defenders, miscreants, trials and investigations of the past. His stories amused, but they educated as well, and gave new AUSAs a sense that they were a part of a rich tradition, and that they had to strive to be worthy of that heritage.

    What does all this have to do with the decision you face?

    T.F.Gilroy Daly used to say that there was a bank account in which our good deeds were credited and our bad acts debited, and that a sentencing judge should look at the current balance to see if the funds available exceed the withdrawal to be made. Portia said that in the course of justice, none of us, not even federal district judges, should see salvation: we pray for mercy, and that same prayer should teach us to render deeds of mercy. (Maybe she didn't put in that part about the federal district judges.) *I* say that if you were to decide to sentence Jim Pickerstein to a non-incarceratory sentence, you will, at the end of your career, look back at this sentencing as one of the decisions about which you are most proud.

                                                  Sincerely yours,

                                                 JEREMIAH DONOVAN